| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K | U.S. COURT OF APPEALS | 04/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4-562 U.S. COURTHOUSE 333 WEST FOURTH TULSA, OK 74103-3877 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY -8 A 10: 28 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | self-employed - lawyer |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of the West | Mortgage on lot in Mt.Crested Butte, CO | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Money Market | A | Interest | K | T | | | | | |
| 2. Bank of Okla. Money Market | A | Interest | J | T | | | | | |
| 3. So. Hills Ctry. Clb. stock | | None | K | U | | | | | |
| 4. F&M Bank Money Market | A | Interest | J | T | | | | | |
| 5. Condo, Tulsa, OK (purchased 11/27/1995) | | None | M | R | | | | | |
| 6. IRA, Merrill Lynch, Tulsa | E | Dividend | M | T | | | | | |
| 7. -Merrill Lynch Cash Fund | | | | | | | | | |
| 8. -Abbott Labs | | | | | | | | | |
| 9. -IShares MSCI EAFE | | | | | Buy | 8/31 | K | | |
| 10. -Rydex ETF TR | | | | | Buy | 8/31 | K | | |
| 11. -Phoenix Engemann Sm&Mid Cap | | | | | Sell | 9/6 | J | | |
| 12. Brokerage #1 | | | | | | | | | |
| 13. -M-L Cash Funds | A | Interest | J | T | | | | | |
| 14. -Del Monte Foods Co. | | None | J | T | | | | | |
| 15. -DuPont El De Nemous | B | Dividend | | | Sell | 9/6 | K | | |
| 16. -General Electric | A | Dividend | K | T | | | | | |
| 17. -Heinz HJ Co. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IShares MSCI EAFE | A | Dividend | K | T | Buy | 8/31 | K | | |
| 19. -Rydex ETF TR | A | Dividend | K | T | Buy | 8/31 | K | | |
| 20. Brokerage #2 | | | | | | | | | |
| 21. -Merrill Lynch Cash Fund | A | Interest | L | T | | | | | |
| 22. -BOK Fincl. Corp. New | A | Dividend | K | T | | | | | |
| 23. -Hewlett Packard Co. Del. | A | Dividend | K | T | | | | | |
| 24. -IShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 25. -J P Morgan Chase & Co. | B | Dividend | K | T | | | | | |
| 26. -Kellogg Co PV 25CT | A | Dividend | J | T | | | | | |
| 27. -Microsoft Corp. | A | Dividend | K | T | | | | | |
| 28. -Pfizer Inc. Del | A | Dividend | | | Sell | 9/6 | K | | |
| 29. -Proctor Gamble | B | Dividend | L | T | | | | | |
| 30. -Royal Dutch Shell PLC | C | Dividend | L | T | | | | | See note in Part VIII |
| 31. -Rydex ETF TR | A | Dividend | K | T | Buy | 8/31 | K | | |
| 32. -Sara Lee Corp. | A | Dividend | | | Sell | 9/6 | J | A | |
| 33. -Starbucks Corp. | | None | L | T | | | | | |
| 34. -Washington Mutual Inc. | B | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage #3 | | | | | | | | | See note in Part VIII |
| 36. -BOK Financial Corp. | B | Dividend | N | T | | | | C | |
| 37. IRA, Merrill Lynch Capital Fund | A | Dividend | J | T | | | | | |
| 38. Keogh Plan, Merrill Lynch, Tulsa | E | Dividend | P1 | T | | | | | |
| 39. -Merrill Lynch Cash Fund | | | | | | | | | |
| 40. -Alcoa Inc. | | | | | Buy | 10/5 | K | | |
| 41. -AT&T | | | | | | | | | See note in Part VIII |
| 42. -BOK Financial Corp. | | | | | | | | | |
| 43. -Bristol-Myers Squibb | | | | | Sell | 9/6 | L | | |
| 44. -China Mobile HK SP Adr | | | | | Buy | 10/5 | K | | |
| 45. -Conagra Foods | | | | | Sell | 7/14 | K | | |
| 46. -Crescent Real Est Eq Tex Reit | | | | | Buy | 10/5 | L | | |
| 47. -General Electric | | | | | | | | | |
| 48. -General Motors | | | | | Sell | 3/21 | K | | |
| 49. -IShares MSCI EAFE | | | | | Buy | 8/31 | L | | |
| 50. | | | | | Buy | 10/5 | K | | |
| 51. -IShares S&P Index | | | | | Buy | 5/9 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares TR Russell 2000 | | | | | Buy | 5/9 | L | | |
| 53. | | | | | Stock Div. | 6/14 | | | |
| 54. -Kellogg Co. PV 25ct | | | | | | | | | |
| 55. -Leucadia | | | | | Sell | 9/6 | J | C | |
| 56. -Oneok Inc. | | | | | | | | | |
| 57. -Pfizer Inc. | | | | | Sell | 9/9 | K | | |
| 58. -Regions Finl Corp. | | | | | Sell | 10/11 | K | | |
| 59. -Rydex ETF TR | | | | | Buy | 7/11 | M | | |
| 60. | | | | | Buy | 10/5 | K | | |
| 61. -Rydex Juno Fund | | | | | Buy | 10/5 | L | | |
| 62. -Templeton Emrgng Mkts | | | | | Buy | 10/5 | K | | |
| 63. -United Sts Stl Corp. New | | | | | Buy | 10/5 | K | | |
| 64. -US Treasury Bill | | | | | Buy | 10/5 | M | | |
| 65. -US Treasury Bill | | | | | Buy | 10/5 | M | | |
| 66. -Wms.Comm.Grp.SrRdmbleNtes | | | | | | | | | |
| 67. -Wiltel Commntns. Inc. | | | | | Abandoned | 1/21 | | | |
| 68. Lot ███ Prospect At Mt. Crested Butte Phase I | | | | | | | ● | | See note in Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, LINE 30
Royal Dutch Shell PC formerly Royal Dutch Pete. Eur. 56 reported on Line 28 of 2004 report; exchange made 7/20/2005.

PART VII, LINE 35
Brokerage #3. Merrill Lynch Cash Fund reported on Line 34 of 2004 report. Value for 2005 below reportable amount.

PART VII, LINE 41
AT&T formerly SBC Communications PV$1 reported on Line 51 of 2004 report; exchange made 11/22/2005.

PART VI & PART VII, LINE 68
Lot in Mt. Crested Butte, Colorado purchased August 2004; purchase (value code O) and loan inadvertently omitted from report for 2004.

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date____ 5/03/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544